IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODRICK LACEY (#27551), | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-1981 |
| | § | |
| GALVESTON COUNTY JAIL | § | |
| MEDICAL DEPARTMENT, | § | |
| Defendant, | § | |

## ORDER TO TRANSFER

Rodrick Lacey is an inmate incarcerated in the Galveston County Jail. He sues Galveston County Jail Medical Department, alleging that he has been denied medical care at the jail. Because the alleged civil rights violation occurred, if at all, in Galveston County, where the plaintiff, the defendants, and the potential witnesses presently reside, this Court is not the proper venue for plaintiff's claims. Accordingly, for reasons set forth briefly below, the Court will transfer this case.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it may have been brought." 28 U.S.C. § 1404(a); *see also* 28 U.S.C. § 1406 (providing that a district court may dismiss a case improperly filed in the wrong district or division or, in the interest of justice, transfer the case to any district or division in which it could have been brought). A district court has "broad discretion in deciding whether to order a transfer." *Balawajder v. Scott*, 160 F.3d 1066, 1067 (5th Cir.), *cert. denied*, 526 U.S. 1157 (1999). Galveston County, Texas, is located within the United States District Court for the Southern District

of Texas, Galveston Division. 28 U.S.C. § 124(b)(1). Because the plaintiff's claims against the above-referenced defendants allegedly arose in Galveston County, the Court concludes that those claims are more appropriately addressed in the Southern District of Texas, Galveston Division. *See Mayfield v. Klevenhagen*, 941 F.2d 346, 348 (5th Cir. 1991).

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, the Court **ORDERS** the Clerk to **TRANSFER** this case to the United States District Court for the Southern District of Texas, Galveston Division, pursuant to 28 U.S.C. §§ 1391, 1404(a).

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas, on **June 15, 2006.**

_____
Nancy F. Atlas
United States District Judge